## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

TARAS P. NYKORIAK,           CASE NO.  2:18-cv-11245-GAD-EAS
     Plaintiff,

  vs.

TRANS UNION LLC,
      Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC

_____

Plaintiff Taras P. Nykoriak, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Taras P. Nykoriak against Defendant Trans Union, LLC, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Taras P. Nykoriak against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

**I consent to the entry of this order**:


Date: May 21, 2018				/s/Taras Nykoriak (w/ consent)
						Taras Nykoriak
						1933 Lawley
						Detroit, MI  48212

						*Pro Se Plaintiff*


Date: May 22, 2018				/s/William M. Huse
						Laura K. Rang, Esq. (IN #26238-49-A)
						William M. Huse, Esq. (IN #31622-49)
						Schuckit & Associates, P.C.
						4545 Northwestern Drive
						Zionsville, IN  46077
						Telephone:  317-363-2400
						Fax:  317-363-2257
						E-Mail:  lrang@schuckitlaw.com
						E-Mail:  whuse@schuckitlaw.com

						*Counsel for Defendant, Trans Union, LLC*


						Brian A. Nettleingham, Esq. (MI #P58966)
						Maddin, Hauser, Wartell, Roth
						& Heller, P.C.
						28400 Northwestern Hwy., 3rd Floor
						Southfield, MI 48034
						Telephone: 248-359-7503
						E-Mail:  ban@maddinhauser.com

						*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

TARAS P. NYKORIAK,                    CASE NO.  2:18-cv-11245-GAD-EAS
      Plaintiff,

  vs.

TRANS UNION LLC,
      Defendant.
_____

## CERTIFICATE OF SERVICE
_____

I, William M. Huse, hereby certify that on the **22nd day of May, 2018**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| None. | |
|---|---|

I further certify that on the **22nd day of May, 2018**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| **Pro Se Plaintiff**<br>Taras Nykoriak<br>1933 Lawley<br>Detroit, MI  48212 | |
|---|---|

*/s/William M. Huse*
Laura K. Rang, Esq. (IN #26238-49-A)
William M. Huse, Esq. (IN #31622-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
E-Mail:  whuse@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*