## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| TARAS P. NYKORIAK, | CASE NO.  2:18-cv-11245-GAD-EAS |
|       Plaintiff, | |
| vs. | |
| TRANS UNION LLC, | |
|       Defendant. | |

_____

### ORDER OF DISMISSAL WITH PREJUDICE
### AS TO DEFENDANT TRANS UNION, LLC

_____

Plaintiff Taras P. Nykoriak, *Pro Se*, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Taras P. Nykoriak against Defendant Trans Union, LLC, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted and the case closed.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Taras P. Nykoriak against Defendant Trans Union, LLC are dismissed, with prejudice and that this matter shall be closed.  Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

| | |
|---|---|
| Date: May 30, 2018 | /s/Gershwin A Drain |
| | JUDGE, United States District Court, Eastern District of Michigan, Southern Division |

Distribution:

| **Pro Se Plaintiff**<br>Taras Nykoriak<br>1933 Lawley<br>Detroit, MI  48212 | William M. Huse, Esq.<br>whuse@schuckitlaw.com |
|---|---|
| Laura K. Rang, Esq.<br>lrang@schuckitlaw.com | Brian Nettleingham, Esq.<br>ban@maddinhauser.com |